831 A.2d 597

**James ZEEMER, Appellant**

v.

**WASHINGTON COUNTY TAX CLAIM BUREAU, Judge Paul Pozonsky of the Court of Common Pleas of Washington County, Lane Turturice, Washington County Tax Claim Attorney, Paul Barina, Director of Washington County Tax Claim Bureau, Frank J. Krystofik & Irina Krystofik, Appellees.**

Supreme Court of Pennsylvania.

Sept. 11, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2003, the above captioned appeal is quashed as interlocutory pursuant to Pa. R.A.P. 341.